IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN ANTHONY RIKER,

ORDER

                  Plaintiff,

11-cv-602-bbc

     v.

TAYLER ANNE RIKER,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN ANTHONY RIKER,

ORDER

                  Plaintiff,

12-cv-641-bbc

     v.

TAYLER ANNE RIKER,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Sean Riker has asked the court to reconsider its denial of his motion to seal closed cases 11-cv-602-bbc and 12-cv-641-bbc.  In that order, I noted that I was "unaware of any instances in which court orders or opinions have been removed from such databases (other than opinions that have been vacated by a court), so it is unclear what sealing the cases now would accomplish."  Dkt. #22; dkt. #56.  Plaintiff now says that his case in Colorado was sealed after it was closed.  A review of PACER reveals two civil cases in the District Court for the District of Colorado in which Sean Riker was a party.  In one, Riker v. Morrison, 13-cv-00615-LTB, plaintiff's motion to seal the case was denied.  In the other, the defendants'

1

motion to seal the case was conditionally granted while the case was open.  <u>Riker v. Bureau of Prisons</u>, 1:05-cv-01178-MSK.  After the case was closed, some documents were unsealed and some remained sealed.  <u>Id.</u>

This information does not alter my conclusion that sealing the case now, after the information has been available to the public, would accomplish little.  Plaintiff's allegations supporting sealing the case remain too vague and speculative to offer him the relief he seeks.  Accordingly, his motion for reconsideration will be denied.


ORDER

IT IS ORDERED that plaintiff Sean Riker's motion reconsider sealing the record in cases 11-cv-602-bbc, dkt. #23, and 12-cv-641-bbc, dkt. #57, is DENIED.

Entered this 15th day of May, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2